

Case 4:06-cv-00170   Document 65-9   Filed in TXSD on 04/13/07   Page 3 of 3