IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONAL OILWELL VARCO, L.P., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action H-06-170 |
| HYDRIL COMPANY, L.P., | § § § | |
| Defendant. | § § | |

**DECLARATION IN SUPPORT OF DEFENDANT HYDRIL'S RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Pamela L. Hohensee, declare and state as follows:

1. I am at least 18 years of age, capable of making this declaration, and have personal knowledge of the facts stated herein.

2. I am an attorney with the firm of Yetter & Warden, LLP, representing Hydril Company, L.P. (Hydril) in the above-styled and numbered case.

3. The exhibits referred to herein are exhibits to Defendant Hydril's Response to Motion for Partial Summary Judgment.

4. Exhibit B is a true and correct copy of the Interview Summary, excerpted from a certified copy from the U.S Patent and Trademark Office (PTO) of records maintained by that office regarding U.S. Patent Application No. 10/322,038, which issued as U.S. Patent 7,096,960.

5. Exhibit C is a true and correct copy of the Supplemental Amendment, excerpted from a certified copy from the U.S Patent and Trademark Office (PTO) of records



maintained by that office regarding U.S. Patent Application No. 10/322,038, which issued as U.S. Patent 7,096,960.

6. Exhibit D is a true and correct copy of a Notice of Allowance, excerpted from a certified copy from the U.S Patent and Trademark Office (PTO) of records maintained by that office regarding U.S. Patent Application No. 10/322,038, which issued as U.S. Patent 7,096,960.

7. Exhibit E is a true and correct copy of U.S. Patent No. 7,096,960 (the '960 patent).

8. Exhibit F is a true and correct copy of Hydril's Claim Chart 1, produced in this cause.

9. Exhibit G is a true and correct copy of Hydril's Claim Charts 2-3, produced in this cause.

10. Exhibit I is a true and correct copy of photos of the CCS device taken at the February 22, 2007 inspection at National Oilwell Varco.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of April 2007, at Houston, Texas.

_____
Pamela L. Hohensee