IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONAL OILWELL VARCO, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-06-170 |
| | § | |
| HYDRIL COMPANY, L.P., | § | |
| | § | |
| Defendant. | § | |

**DECLARATION IN SUPPORT OF DEFENDANT HYDRIL'S MOTION FOR
SUMMARY JUDGMENT OF NONINFRINGEMENT**

I, Pamela L. Hohensee, declare and state as follows:

1.    I am at least 18 years of age, capable of making this declaration, and have personal knowledge of the facts stated herein.

2.    I am an attorney with the firm of Yetter & Warden, LLP, representing Hydril Company, L.P. (Hydril) in the above-styled and numbered case.

3.    Exhibit A to Defendant Hydril's Motion for Summary Judgment of Noninfringement is a true and correct copy of U.S. Patent No. 5,897,094 (the '094 Patent).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of April 2007, at Houston, Texas.

_Pamela L. Hohensee_
Pamela L. Hohensee

